UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER IAN GUSTARD, | No. 2:17-cv-0012-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| KAMALA HARRIS, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his amended complaint pursuant to the court's January 17, 2018 order.

Plaintiff's request (ECF No. 24) is granted and plaintiff has 30 days from the date this order is served to file his amended complaint.

So ordered.

Dated: February 12, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE