UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER IAN GUSTARD,<br><br>  Plaintiff,<br><br>  v.<br><br>KAMALA HARRIS, et al.,<br><br>  Defendants. | No. 2:17-cv-0012-GEB-EFB P<br><br>ORDER |

Plaintiff is a federal prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an additional seven-day extension of time to file his amended complaint pursuant to the court's January 17, 2018 order.

Plaintiff's request (ECF No. 28) is granted and plaintiff has seven (7) days from the date this order is served to file his amended complaint.

So ordered.

Dated: March 29, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE