UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER IAN GUSTARD,

Plaintiff,

v.

KAMALA HARRIS, et al.,

Defendants.

No. 2:17-cv-0012-TLN-EFB P

ORDER

Plaintiff is a federal prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a 5-day extension of time to file his oppositions to the March 29, 2019 motions to dismiss filed defendants Morazzini, McCauley and McKinney, ECF Nos. 51, 52. In response to plaintiff's request, defendant Morazzini filed a statement of non-opposition, conditioned upon his being granted an extension of time until July 2, 2019 to file a reply. Good cause appearing, both requests are granted. Plaintiff has 5 days from the date this order is served to file his oppositions and defendant Morazzini has until July 2, 2019 to file a reply.[1]

So ordered.

Dated: June 7, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of the Court shall terminate plaintiff's earlier filed request for an extension of time, ECF No. 59.