UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GUSTARD,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA HARRIS, et al.,<br><br>Defendants. | No. 2:17-cv-00012-TLN-EFB<br><br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 97.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The findings and recommendations filed June 22, 2020 (ECF No. 97), are ADOPTED IN FULL;

2. Plaintiff's Motion for Certification of Constitutional Challenges (ECF No. 77) is DENIED;

3. Plaintiff's Notice of Dismissal (ECF No. 82), construed as a Rule 15 Motion to Amend, is DENIED; and

4. Plaintiff's Motion for Approval to Take Interlocutory Appeal (ECF No. 88), is DENIED.

IT IS SO ORDERED.

DATED: August 10, 2020

Troy L. Nunley
United States District Judge