UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GUSTARD,<br><br>  Plaintiff,<br><br>  v.<br><br>KAMALA HARRIS, *et al*.,<br><br>  Defendants. | Case No. 2:17-cv-00012-TLN-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO TIMELY FILE AN ANSWER<br><br>FOURTEEN-DAY DEADLINE |

Plaintiff is a federal inmate proceeding without counsel in this action brought under 42 U.S.C. § 1983. This action proceeds on plaintiff's first amended complaint against defendants McKinney, Zuniga, and McCauley.[1] ECF No. 30; *see* ECF No. 43. Defendants timely moved to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 52. On January 31, 2020, the court granted in part and denied in part defendants' motion to dismiss. ECF No. 87. Although numerous potentially cognizable claims remain, defendants have yet to file an answer to the complaint in accordance with Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure.

Accordingly, defendants are ordered to show cause, within fourteen days, why sanctions should not be imposed for their failure to timely file an answer to plaintiff's first amended

---

[1] The first amended complaint also alleged claims against defendant Morazzini. ECF No. 30. The court previously dismissed without leave to amend all claims against Morazzini. ECF No. 87.

1

complaint.  Defendants shall also file an answer to plaintiff's first amended complaint within fourteen days of the date of this order.  Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants' default be entered.

IT IS SO ORDERED.

Dated:   December 2, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE