UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER GUSTARD, | Case No. 2:17-cv-00012-TLN-JDP (PC) |
|---|---|
| Plaintiff, | ORDER DISCHARGING THE DECEMBER 2, 2020 ORDER TO SHOW CAUSE |
| v. | |
| KAMALA HARRIS, *et al.*, | ECF No. 102 |
| Defendants. | |

For good cause shown in defendants' response, ECF No. 103, the court discharges its December 2, 2020 order to show cause, ECF No. 102.

IT IS SO ORDERED.

Dated:   December 17, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE