1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CHRISTOPHER IAN GUSTARD,                No.  2:17-CV-0012-TLN-JDP-P

12            Plaintiff,

13       v.                                  ORDER

14   DOUGLAS R. McCAULEY, et al.,

15            Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  The matter has been referred to the undersigned to conduct a settlement

19   conference on March 4, 2021, at 1:00 p.m.  See ECF No 106.  Due to a conflict in the Court's

20   schedule, the matter is continued to March 12, 2021, at 10:00 a.m.

21            IT IS SO ORDERED.

22

23   Dated:  February 19, 2021

24   _____

      DENNIS M. COTA
25    UNITED STATES MAGISTRATE JUDGE

26

27

28

                                      1