**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER IAN GUSTARD, | No. 2:17-CV-0012-TLN-JDP-P |
| Plaintiff, | |
| v. | ORDER |
| DOUGLAS R. McCAULEY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter has been referred to the undersigned to conduct a settlement conference. See ECF No 106. On February 19, 2021, the Court issued an order continuing the matter to March 12, 2021, at 10:00 a.m. See ECF No. 107. Good cause appearing therefor, the matter is further continued to 1:30 p.m. The date remains the same. This is a time change only.

IT IS SO ORDERED.

Dated: February 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1