UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER IAN GUSTARD,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. MCCAULEY, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00012-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 111 |

Plaintiff has a filed a motion that asks the court to either stay this action pending resolution of his related state court case or modify the April 5, 2021 scheduling order to allow additional time to complete discovery. ECF No. 111. Defendants have not filed an opposition to plaintiff's motion, and the time for doing so has passed.

Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion to modify the scheduling order, ECF No. 111, is granted.[1]

---

[1] Plaintiff's motion suggests that his state court action—which is pending before California Court of Appeal, Third Appellate District—is fully briefed and pending a decision from the state appellate court. Thus, the state action should not interfere with plaintiff's ability to conduct discovery in this case. The court therefore finds that allowing additional time to complete discovery is more appropriate than staying this case.

     2. The deadline for completing discovery, including filing all motions to compel discovery, is extended to April 15, 2022.

     3. The deadline for serving requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 is extended to February 18, 2022.

     4. The deadline for filing dispositive motions is extended to July 15, 2022

IT IS SO ORDERED.

Dated:    December 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE