UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER IAN GUSTARD,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. MCCAULEY, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00012-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 117 |

Plaintiff has a filed a motion that asks the court to modify the April 5, 2021 scheduling order to allow additional time to complete discovery. ECF No. 117. In light of plaintiff's representation that defendants do not oppose the requested modification, the motion is granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to modify the scheduling order, ECF No. 117, is granted.

2. The deadline for completing discovery, including filing all motions to compel discovery, is extended to September 16, 2022.

3. The deadline for filing dispositive motions is extended to December 8, 2022.

IT IS SO ORDERED.

Dated: _____July 14, 2022_____  
                                           JEREMY D. PETERSON  
                                           UNITED STATES MAGISTRATE JUDGE