UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER IAN GUSTARD, | Case No. 2:17-cv-00012-TLN-JDP (PS) |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO MODIFY THE SCHEDULING ORDER |
| v. | |
| DOUGLAS R. McCAULEY, *et al.*, | ECF No. 119 |
| Defendants. | |

This case was before the court on November 10, 2022, for a status conference. ECF No. 122. Deputy Attorney General Andrew Steinheimer appeared on behalf of defendants; plaintiff appeared pro se. For the reasons discussed on the record, the court grants in part plaintiff's motion for an extension of time for the limited purpose of allowing plaintiff to file a motion to compel.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to modify the scheduling order, ECF No. 119, is granted in part.

2. Plaintiff shall file a motion to compel on or before November 30, 2022.

3. The deadline for filing dispositive motions is extended to April 5, 2023.

4. Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   <u>November 27, 2022</u>

                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE