1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER IAN GUSTARD,              Case No.  2:17-cv-00012-TLN-JDP (PC)

12              Plaintiff,

13        v.                                ORDER

14   DOUGLAS R. MCCAULEY, *et al.*,

15              Defendants.

16

17        This case was before me on May 18, 2023, for a hearing on plaintiff's motions to compel

18   defendants to provide further responses to his interrogatories and requests for production.

19   ECF Nos. 124, 127, & 128.  Plaintiff appeared *pro se*, and attorney Andrew Steinheimer appeared

20   on behalf of defendants.

21        For the reasons stated on the record, it is hereby ORDERED that:

22        1.  Plaintiff's motions to compel, ECF Nos. 124, 127, & 128, are denied.

23        2.  Plaintiff's request to file returned documents, ECF No. 129, is denied as moot.

24        3.  Plaintiff's interrogatories served on defendant McCauley are deemed withdrawn.

25        4.  Defendants' motions for summary judgment, ECF Nos. 130 & 131, are deemed

26   withdrawn.

27        5.  Plaintiff is granted until June 20, 2023, to serve amended, rule-compliant

28

1

1  interrogatories on defendant McCauley.[1]

2        6.  Defendant McCauley shall respond to plaintiff's interrogatories in accordance with

3  Federal Rule of Civil Procedure 33(b).

4        7.  The scheduling order is modified as follows:

5          a.  The discovery deadline is extended to July 24, 2023, for the limited purpose of

6  allowing plaintiff to serve, and defendant McCauley to respond to, any amended interrogatories.

7          b.  The deadline to file dispositive motions is extended to September 22, 2023.

8

9  IT IS SO ORDERED.

10

11  Dated:   May 19, 2023                                         _____

12                                  JEREMY D. PETERSON
                                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Plaintiff is reminded of the twenty-five-question limit and encouraged to avoid the use of subpart questions.  *See* Federal Rules of Civil Procedure 33(a)(1).