UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER IAN GUSTARD,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. MCCAULEY, *et al.*,<br><br>Defendants. | Case No.  2:17-cv-00012-TLN-JDP (PC)<br><br>ORDER SETTING STATUS CONFERENCE<br><br>November 9, 2023 at 10:00 a.m. |

   Plaintiff is a former state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  Motion practice has concluded, and claims remain against defendants McCauley, McKinney, and Zuniga.  The court will hold a status conference on November 9, 2023, at 10:00 a.m.  The parties should be prepared to discuss whether they are interested in a settlement conference, whether the case would benefit from another opportunity to present dispositive motions, any practical limitations on going to trial at this juncture, and any other measure that would secure speedy and efficient resolution.

   Accordingly, it is hereby ORDERED that the court will hold a status conference by Zoom on November 9, 2023, at 10:00 a.m. to discuss the matters identified above.

IT IS SO ORDERED.

Dated:   October 6, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE