UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER IAN GUSTARD, | Case No. 2:17-cv-00012-TLN-JDP (PC) |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| DOUGLAS R. MCCAULEY, *et al.*, | |
| Defendants. | |

This case was before me on November 9, 2023, for a status conference. Plaintiff appeared *pro se*, and attorney Andrew Steinheimer appeared for defendants.

On the court's motion, it is hereby ORDERED that:

1. The deadline to file dispositive motions is extended to December 7, 2023.

2. Any opposition to a dispositive motion is due by January 4, 2024.

3. Defendants are permitted ten additional pages for their motion for summary judgment.

IT IS SO ORDERED.

Dated: November 9, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1