UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER IAN GUSTARD,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS R. McCAULEY, *et al.*,<br><br>Defendants. | Case No.  2:17-cv-00012-TLN-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS<br><br>ECF No. 156<br><br>OBJECTIONS DUE WITHIN SEPTEMBER 3, 2024 |

Plaintiff has filed a motion for an extension of time to file objections to the July 17, 2024 findings and recommendations.  ECF No. 156.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 156, is granted.

2. Plaintiff is granted until September 3, 2024, to file objections to the July 17, 2024 findings and recommendations.

3. Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated:   August 2, 2024

*/s/ Jeremy Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE