UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER IAN GUSTARD,<br><br>    Plaintiff,<br><br>    v.<br><br>MCCAULEY, et al.,<br><br>    Defendants. | Case No.  2:17-cv-00012-TLN-JDP<br><br>ORDER |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

---

[1] The Court granted Plaintiff until September 3, 2024 to file objections. (ECF No. 157.) The deadline has passed, and Plaintiff has not filed objections.

1

1. The findings and recommendations filed July 17, 2024, are ADOPTED IN FULL;

2. Defendants' motion for summary judgment (ECF No. 143) is GRANTED and that judgment is entered in their favor; and

3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Date: September 16, 2024

_____
Troy L. Nunley
United States District Judge